**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Case No. :   21-CR-00172 (TFH)** |
| **PETERSON BENJAMIN,** | : | |
| **Defendant.** | : | |

## NOTICE OF CHANGE IN COUNSEL
## FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, Sabrina Shroff has assumed responsibility for the defense of Peterson Benjamin in the above-captioned case. Mr. Benjamin's case had previously been assigned to Assistant Federal Public Defender, Carlos Vanegas.

Respectfully submitted,

_____/s/_____
Sabrina Shroff
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500